```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 09869
    STEVEN EDWARD ALLEN
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-3609

-------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------
    The case was filed on 06/01/2007 and was confirmed 08/01/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 07/16/2008.
-------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                              PAID            PAID
-------------------------------------------------------------------------
BANK OF AMERICA MORTGAGE  CURRENT MORTG        .00              .00              .00
BANK OF AMERICA MORTGAGE  MORTGAGE ARRE        .00              .00              .00
CHASE AUTO FINANCE        SECURED VEHIC    3000.00           131.63           903.51
CHASE AUTO FINANCE        UNSECURED        5381.62              .00              .00
INTERNAL REVENUE SERVICE  PRIORITY        NOT FILED             .00              .00
UNITED STATES ATTORNEY    NOTICE ONLY     NOT FILED             .00              .00
UNITED STATES ATTORNEY    NOTICE ONLY     NOT FILED             .00              .00
INTERNAL REVENUE SERVICE  NOTICE ONLY     NOT FILED             .00              .00
INTERNAL REVENUE SERVICE  NOTICE ONLY     NOT FILED             .00              .00
INTERNAL REVENUE SERVICE  NOTICE ONLY     NOT FILED             .00              .00
JP MORGAN CHASE           UNSECURED       NOT FILED             .00              .00
PEOPLES GAS LIGHT & COKE  UNSECURED       NOT FILED             .00              .00
GLORIA ALLEN              NOTICE ONLY     NOT FILED             .00              .00
JENNIFER MCCLAIN          NOTICE ONLY     NOT FILED             .00              .00
JENNIFER MCCLAIN          NOTICE ONLY     NOT FILED             .00              .00
INTERNAL REVENUE SERVICE  PRIORITY         2085.76              .00              .00
INTERNAL REVENUE SERVICE  UNSECURED        2840.04              .00              .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         120.00              .00              .00
BANK ONE                  NOTICE ONLY     NOT FILED             .00              .00
INTERNAL REVENUE SERVICE  NOTICE ONLY     NOT FILED             .00              .00
INTERNAL REVENUE SERVICE  NOTICE ONLY     NOT FILED             .00              .00
MELVIN J KAPLAN           DEBTOR ATTY      3,500.00                          3,153.36
TOM VAUGHN                TRUSTEE                                              311.50
DEBTOR REFUND             REFUND                                                  .00

    Summary of Receipts and Disbursements:
-------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                4,500.00

PRIORITY                                          .00

               PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 09869 STEVEN EDWARD ALLEN
```

```
SECURED                                                       903.51
    INTEREST                                                  131.63
UNSECURED                                                        .00
ADMINISTRATIVE                                              3,153.36
TRUSTEE COMPENSATION                                          311.50
DEBTOR REFUND                                                    .00
                                     ---------------   ---------------
TOTALS                                     4,500.00          4,500.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
    Dated: 10/29/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```